NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID DANIELS,                          )
a/k/a DAVID DANIELS, JR.,               )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-3694
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender, and
Robert D. Rosen, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.